AO 247 (Rev. 11/11) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | |
| WILLIE JAMES STANDBERRY | ) | Case No:   08-00348-001 |
| | ) | USM No:   07136-223 |
| Date of Original Judgment:          8/13/2009 | ) | |
| Date of Previous Amended Judgment:   1/3/2012 | ) | Fred Tiemann |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

The defendant was originally sentenced to the minimum mandatory sentence of 120 months. That was subsequently lowered to 60 months, due to a reduction following a substantial assistance Rule 35 motion. The retroactive amendment to the Guidelines did not affect the mandatory minimum in this case, and the sentence thus remains unchanged.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:          2/15/2012                                    /s/  Callie V. S. Granade
                                                                              *Judge's signature*

Effective Date: _____                      United States District Judge
          *(if different from order date)*                        *Printed name and title*