Case 1:08-cr-00348-CG-B   Document 81   Filed 05/14/15   Page 1 of 1

AO 247 (Rev. 08/14) ALSD Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>**WILLIE JAMES STANDBERRY**<br>Date of Original Judgment: 08-11-2009<br>Date of Previous Amended Judgment: 01-03-2012<br>*(Use Date of Last Amended Judgment if Any)* | Case No: 08-00348-001<br>USM No: 07136-003<br><br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  60  months **is reduced to**  49 months .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

Except as otherwise provided, all provisions of the judgment dated  08-11-2009  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  05-14-2015

Effective Date:  11-01-2015
*(if different from order date)*

Callie V.S. Granade
U.S. District Judge
*Judge's signature*

United States District Judge
*Printed name and title*